SUPERIOR WATER, LIGHT & POWER COMPANY, Appellant,
vs. CITY OF SUPERIOR and others, Respondents.

*March 4—April 11, 1922.*

*Appeal: Demurrer: Leave to plead over: Judgment on failure to
plead.*

Where, after a demurrer to a complaint, overruled in the circuit
court, was sustained on appeal, and upon remanding the rec-
ord the circuit court granted leave to amend within twenty
days, and upon failure of plaintiff to plead over entered final
judgment dismissing the complaint, the judgment will be
affirmed, the proceedings being regular and in accordance
with proper practice.

APPEAL from a judgment of the circuit court for Douglas
county: G. N. RISJORD, Judge.    *Affirmed.*

The cause was submitted for the appellant on the brief
of *Grace, Fridley & Crawford* of Superior, attorneys, and
*Harry L. Butler* of Madison, of counsel, and for the re-
spondents on that of *T. L. McIntosh* and *R. M. Rieser,*
both of Superior.

JONES, J.    On October 8, 1918, the council of the city
of *Superior* passed a resolution declaring the intention of
the city to take over the property of the *Superior Water,
Light & Power Company* in accordance with the public
utility law.    Thereupon the company brought suit to enjoin
the city from so doing.    From an order overruling a de-
murrer to the complaint the city appealed to this court.    The
court reversed the order overruling the demurrer and re-
manded the case with directions to sustain the demurrer.
174 Wis. 257, 181 N. W. 113.    Plaintiff filed a motion for
a rehearing, which was ordered on one of the questions
involved.    A reargument was had, and thereafter, on May
31, 1921, the court rendered a decision sustaining its pre-
vious mandate.    174 Wis. 257, at p. 292 (183 N. W. 254).
Upon the remanding of the record the circuit court entered

an order sustaining the demurrer, with leave to amend the complaint within twenty days. The plaintiff not pleading over, final judgment was entered sustaining the demurrer and dismissing the complaint. The present appeal is from this judgment.

From an examination of the record it appears that the proceedings in the court below were regular and in accordance with the proper practice, and the judgment as entered should be affirmed.

*By the Court.*—Judgment affirmed.